# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLOS R. POREE,** | **CIVIL ACTION** |
| Plaintiff | |
| **VERSUS** | **NO. 00-1348** |
| **RICHARD J. MORGANTE,** | **SECTION "E"** |
| Defendant | |

## ORDER

Before the Court is Plaintiff Carlos J. Poree's motion to reopen this case.[1] Poree originally filed this suit in June of 2000.[2] In December of 2001, the Court dismissed Poree's case with prejudice for failure to properly effect service on the U.S. and for lack of jurisdiction.[3] The Fifth Circuit reversed and remanded the order dismissing the case, concluding that the district court erred in failing to make factual findings, under FRCP 17(c), as to whether Poree needed the assistance of a *guardian ad litem*.[4] On remand, the Court found that Poree's interests would be best protected by administratively closing and staying the case "until such time as plaintiff is able to establish that he is competent to proceed herein."[5]

On April 9, 2014, Poree filed a motion to reopen his case and to be reinstated to his former position as an IRS employee.[6] Plaintiff is currently in a mental hospital and filed this motion *pro se*. He argues that he is no longer mentally incompetent and should

---

[1] R. Doc. 34.
[2] R. Doc. 1.
[3] R. Doc. 24.
[4] R. Doc. 31.
[5] R. Doc. 33.
[6] R. Doc. 34.

be allowed to proceed with this civil action. The Court ordered the custodian of Poree's mental health records to produce his records for *in camera* inspection.[7] Additionally, the Court determined that it is in Poree's best interests to have an attorney appointed for the limited purpose of representing Poree solely with respect to his pending motion to reopen the case and the determination of whether Poree is competent to proceed or whether a *guardian ad litem* need be appointed.

**IT IS ORDERED** that the following attorney is hereby appointed solely for the limited purpose of representing Poree with respect to making Poree's competency determination for his pending motion to reopen this case. Counsel will not represent Poree with respect to his underlying case and Poree's motion to be reinstated.

Ronald K. Lospennato
Advocacy Center
8325 Oak St.
New Orleans, LA 70118
rlospennato@advocacyla.org

**IT IS FURTHER ORDERED** that service of this Order on Poree shall serve as notice to him of the appointment of counsel for him for this limited purpose of representing him as set forth above.

**IT IS FURTHER ORDERED** that, as counsel for Poree, Mr. Lospennato will be given access to the medical records produced to the Court by East Louisiana Medical Health System, upon request.

**IT IS FURTHER ORDERED** that a status conference be held in chambers on **Tuesday, January 27, 2015 at 12:00 p.m.**

---

[7] R. Doc. 40.

New Orleans, Louisiana, this 22nd day of December, 2014.

*Susie Morgan*
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE